UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AZIZ SAFOUANE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> STEPHEN HASSETT, et al., <br><br> Defendants. | CASE NO. C00-0621-JCC <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiffs' motion for an extension of time (Dkt. No. 293) to file a response opposing the summary judgment motion filed by the State Defendants (Dkt. No. 281). The State Defendants do not oppose the motion. (Dkt. No. 294.) Accordingly, the Court hereby GRANTS the motion (Dkt. No. 293) and RE-NOTES Defendants' summary judgment motion (Dkt. No. 281) for consideration on Friday, April 10, 2009.

DATED this 25th day of March, 2009.

BRUCE RIFKIN, Clerk of Court

By  */s/ V. Perez*
 Deputy Clerk

MINUTE ORDER – 1