The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AZIZ SAFOUANE, et al.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>STEPHEN HASSETT, et al.,<br><br>　　　　　Defendants. | NO. C00-0621-JCC<br><br>ORDER GRANTING STATE DEFENDANTS' MOTION TO AMEND ANSWER |

This matter comes before the Court on the State Defendants' Fed. R. Civ. P. 15(a) Motion to amend their answer to the third amended complaint herein (Dkt. No. 271), Plaintiffs' Response (Dkt. No. 278), and Defendants' Reply (Dkt. No. 280). This order also addresses Plaintiffs' Motion for a one-day extension of time to file their Response. (Dkt. No. 277.) Having carefully considered these papers and the balance of the pertinent materials in the case file, the Court hereby ORDERS:

1. Plaintiffs' Motion for an extension of time is GRANTED (Dkt. No. 277);

2. The Motion for leave to amend the State Defendants' answer to the third amended complaint herein is GRANTED (Dkt. No. 271);

//

//

//

1.     3. The Clerk of the Court is directed to send a copy of this order to all parties of record in this matter on remand.

DATED this 26th day of March 2009.

*John C. Coughenour*
John C. Coughenour
UNITED STATES DISTRICT JUDGE